IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GERALD L. DUGAN                                                                       PETITIONER
Reg #34533-077

V.                          CASE NO. 2:18-cv-00012 JTK

GENE BEASLEY, *Warden*,
Federal Correctional Complex-Forrest City                                RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice, and the relief prayed for is DENIED.

SO ADJUDGED this 23rd day August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE